

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00456-CR

Bobby **MORENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CR-6663
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 21, 2013.

_____
Rebeca C. Martinez, Justice